# First District Court of Appeal
## State of Florida

_____

No. 1D17-5094

_____

DESHONDA ROSS,

　　Appellant,

v.

AGENCY FOR PERSONS WITH
DISABILITIES,

　　Appellee.

_____

On appeal from a final order of the Agency for Persons with
Disabilities.

July 31, 2018

PER CURIAM.

　　AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Deshonda Ross, pro se, Appellant.

Trevor Suter, Agency for Persons with Disabilities, Tallahassee, for Appellee.